479 A.2d 1134

Commonwealth v. Lewis, Appellant.

Submitted February 3, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment affirmed.

JOHNSON, J., filed a dissenting memorandum.